FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-0365

_____

JACK ARONS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

November 6, 2018

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jack Arons, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Respondent.